James A. WIDTFELDT, Appellant,

v.

COMMISSIONER OF INTERNAL REVENUE, Appellee.

No. 11–3542.

United States Court of Appeals, Eighth Circuit.

Submitted: April 25, 2012.

Filed: April 30, 2012.

James A. Widtfeldt, Atkinson, NE, pro se.

Tamara W. Ashford, Assistant Attorney General, Bruce R. Ellisen, Sara Ann Ket-chum, U.S. Department of Justice, William Wilkins, Internal Revenue Service, Washington, DC, Gilbert Steven Rothenberg, Assistant Attorney General, argued, Kansas City, MO, for Appellee.

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

James Widtfeldt appeals from a decision of the Tax Court[1] dismissing his petition for lack of jurisdiction. Following careful *de novo* review, *see Bartman v. Comm'r*, 446 F.3d 785, 787 (8th Cir.2006) (noting that appellate court reviews *de novo* tax court's conclusion of law, including determination regarding its jurisdiction), we conclude that the dismissal was appropriate for the reasons discussed by the Tax Court. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny the pending motions.

---

1. The Honorable John O. Colvin, Chief Judge, United States Tax Court.